UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                                              CHAPTER 13
LARS T. ALBERTSON
HALEY G. ALBERTSON                                                  CASE NO. 07-70593

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:  CitiMortgage, Inc.**              **Court claim #:** (if known) _____

**Last four digits** of any number used to identify the debtor's account:      Collection Cost

---

*Final Cure Amount*

Amount of Prepetition Arrears        $6349.09

Amount Paid by Trustee               $6349.09

---

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐   Thru the Chapter 13 Plan          ☒   Direct by Debtor(s)

---

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  June 1, 2012              /s/Lydia S. Meyer
                                  Lydia S. Meyer, Trustee
                                  308 W. State St., Suite 212
                                  Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 1st Day of June, 2012.

Dated:  June 1, 2012              /s/Cynthia K. Burnard

CITIMORTGAGE, INC.
ATTN: DEPT 0257 BANKRUPTCY
5280 CORPORATE DRIVE
FREDERICK, MD 21703

CITIMORTGAGE INC.
ATTN:  BANKRUPTCY DEPT.
PO BOX 9447
GAITHERSBURG, MD  20898

LARS T. ALBERTSON
HALEY G. ALBERTSON
2018 SERENITY LANE
WOODSTOCK, IL  60098

ATTORNEY RICHARD T. JONES
666 RUSSEL CT., SUITE 214
WOODSTOCK, IL  60098